| CRIMINAL DOCKET U.S. District Court | U.S. | (LAST, FIRST, MIDDLE) | Case Filed Mo. Day Yr | Docket No | Def |
|---|---|---|---|---|---|
| PO 0424 2 2407 Assigned Disp./Sentence | ☐ WRIT ☐ JUVENILE VS ☐ ALIAS | CASTO, John Edward | 04 20 89 | 00095 | |
| Mstd ☐ Felony ☐ District ☐ Off. Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | 1 No. of Def's | U.S. MAG CASE NO ▶ 89-311M | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:841(a)(1) | Distribution of cocaine | 2 | | |
| 21:845a(a) | Distribution of cocaine w/i 1,000 feet of school | 1 | | |

WILLIAM M. KIDD

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE
- KEY DATE ▶ 4/12/89
- EARLIEST OF: ☒ Arrest, ☐ sum'ns, ☐ custody, ☐ appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)
- KEY DATE ▶ 4/20/89
- APPLICABLE: ☒ Indictment filed/unsealed, ☐ consent to Magr trial on complaint, ☐ Information, ☐ Felony W/waiver

KEY DATE ▶
- a) ☐ 1st appears on pending charge / R40
- b) ☐ Receive file R20/21
- c) ☐ Supsdg Ind1 / Inf
- d) ☐ Order New trial
- e) ☐ Remand   f) ☐ G/P Withdrawn

END INTERVAL TWO
- KEY DATE ▶
- APPLICABLE: ☐ Dismissal, ☐ Pled guilty (After N.G.), ☐ Nolo (After nolo), ☐ Trial (voir dire) began Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant: Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons: Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

Robert H. McWilliams, Assistant

Defense: 1 ☐ CJA, 2 ☒ Ret, 3 ☐ Waived, 4 ☐ Self, 5 ☐ Non/Other, 6 ☐ PD, 7 ☐ CD

Thomas Evans III
Adams, Fisher & Evans
P. O. Box 326
Ripley, WV 25271
927-3636

#10125  4/10/90  $2050.00  SMT

P.O. Box 805
Ripley, WV 25271
(304) 372-3494

BAIL ● RELEASE
PRE INDICTMENT
- Release Date
- Bail Denied ☐ Fugitive ☐ Pers. Rec.
- AMOUNT SET $ ☐ PSA
- Conditions: ☐ 10% Dep ☐ Surety Bnd
- Date Set
- ☐ Bail Not Made ☐ Collateral
- Date Bond Made ☐ 3rd Prty ☐ Other

POST INDICTMENT
- Release Date
- Bail Denied ☐ Fugitive ☐ Pers. Rec.
- AMOUNT SET $ ☐ PSA
- Conditions: ☐ 10% Dep ☐ Surety Bnd
- Date Set
- ☐ Bail Not Made ☐ Collateral
- Date Bond Made ☐ 3rd Prty ☐ Other

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

| DATE | DOCUMENT NO. | V. PROCEEDINGS |
|---|---|---|
| 1989 | | 89  95  Casto |
| Apr. 7 | 1 | COMPLAINT (24KB). 1km |
| Apr. 7 | 2 | WARRANT for arrest issued (24KB). 1km |
| Apr. 12 | 3 | MOTION by Govt. for detention hearing. 1km |
| Apr. 12 | 4 | ORDER (24AB) of temporary detention pending hearing. |
| Apr. 14 | 5 | RETURN on Warrant: Deft. arrested 4/12/89. 1km |
| Apr. 18 | 6 | ORDER (24AB) setting conditions of release: Released parents, Charles and Mary Casto; to maintain or seek travel restricted to State of WV; avoid all contact or potential witnesses; report to Probation Office a maintain 7:00 p.m. to 6:00 a.m. curfew; no firearm, etc.; $50,000 secured bond w/10% to be posted by 5:0 1km |
| Apr. 19 | 7 | APPEARANCE BOND w/Charles and Mary Casto as surety, $50,000 per Notation 6 above ($5,000 cash posted in |
| Apr. 20 | 8 | INDICTMENT (cy. mailed Evans w/Nonresident Attorney |
| Apr. 26 | 9 | SUMMONS issued (copy, orig, indictment USM, copy co |
| May 4 | 10 | MARSHAL'S return on summons; Faxed copies of summons |
| May 12 | 11 | ORDER: (DLC) On May 10, 1989, not guilty p 12 mate5ial be furnished by May 17, 1989, p response by June 4, 1989. Bond conditions defts. curfew is lifted to allow him to be (Copies: USA, Elkins, counsel) |
| May 17 | 12 | ORDER (WMK): Parties to appear in Clarksburg 10:00 pretrial; jury selection 9:30 a.m. June 12, 1989. instructions, voir dire and motions in limine by 10 (copies counsel, deft, USA, USM, Prob) stk |
| May 17 | 13 | ORDERModifying Conditions of Release(DLC): Ordered of Release of April 18, 1989, be modified so a pertaining to curfew, as a condition of deft's relea aspects of order setting release shall remain in fu counsel, deft. USA, USM, Prob)dlb |

AO 256A
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs   CASTO, JOHN EDWARD   89-00095-K

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1989 | | |
| June 7 | (19) ORDER (WMK): SEALED (copies counsel, deft, USA, USM, Prob) smt | |
| Aug. 1 | (20) ORDER(WMK):The condition of release prohibitinh the deft. from traveling out of state is lifted from July 30, 1989 to Aug. 10, 1989 for the sole purpose of allowing deft. to attend vacation plans It is so Ordered(copies to counsel, deft., USA, USM, Prob)dlb | |
| Sept. 8 | (21) ORDER (WMK): Hearing continued to 10:00 a.m. 11/16/89 in Clarksburg. (copies counsel, deft, USA, USM, Prob) smt | |
| Nov. 8 | (22) ORDER(WMK): Ordered that the hearing set for Nov. 16, 1989 be continued to 10 a.m. on Dec. 13, 1989 in Clarksburg,(copies to counsel, deft., USA, USM , Prob0dlb | |
| Dec. 18 | (23) ORDER (WMK): Hearing continued for 1:30 p.m. 1/9/90 in Clarksburg. (copies counsel, deft, USA, USM, Prob) smt | |
| 1990 | | |
| Jan. 9 | (24) ORDER(WMK): Ordered that the hearing set for Jan. 9, 1990 be continued to 1:30 p.m. on Feb. 6, 1990 in clarksburg(copies to counsel, deft., USA, USM, Prob)dlb | |
| Feb. 20 | (25) ORDER (WMK): Hearing continued to 1:30 p.m. 3/12/90 in Clarksburg. (copies counsel, deft, USA, USM, Prob) smt | |
| Mar. 12 | Disposition at Clarksburg. smt | |
| Mar. 12 | (26) TRANSCRIPT: Excerpts of sentencing held 3/12/90 in Clarksburg. smt | |
| Mar. 14 | (27) CONDITIONS OF PROBATION smt | |
| Mar. 15 | (28) JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT (WMK): Ct. 2 - 6 mos. house arrest, to start immediately. 2 yrs. probation to follow. Work release and medical leave granted during house arrest. Drug testing and counseling as directed. $2,000 fine and $50.00 assessment. (copies counsel, deft, USA, USM, Prob, Clarksburg SF 11, Pg. 224) smt | |
| Mar. 19 | (29) Deft's MOTION For Release of Monies Securing Appearance Bond(copy to lc)dlb | |
| Apr. 5 | (30) ORDER (WMK): Clerk shall refund to Charles and Mary Casto the $5,000 heretofore posted as surety for the deft's appearance bond herein, together with accrued interest thereon. (copies counsel, Casts, Clerk, USA) smt | |
| Apr. 20 | (31) SATISFACTION OF JUDGMENT (copies USA) smt | |
| 2003 | | |
| May 22 | (32) Order granting permission to disclose presentence report to third party. (Copy IMK, USP, USA, USM, Counsel, Dft.)(MS) | |

ENDED

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

