# Executive Grant of Clemency

# GEORGE W. BUSH

*President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY THE PRESIDENT HAS GRANTED UNTO

## JOHN EDWARD CASTO

### A FULL AND UNCONDITIONAL PARDON

**FOR HIS CONVICTION** in the United States District Court for the Northern District of West Virginia on an indictment (Docket No. 89-00095) charging violation of Section 841(a)(1), Title 21, United States Code, for which he was sentenced on March twelfth, 1990, to a term of six months' house arrest, followed by a term of two years' probation, and payment of a fine of two thousand dollars ($2,000.00).

**THE PRESIDENT HAS DESIGNATED,** directed and empowered the Pardon Attorney as his representative to sign this grant of executive clemency.



*In accordance with these instructions and authority I have signed my name and caused the seal of the Department of Justice to be affixed hereto and affirm that this action is the act of the President being performed at his direction.*

*Done at the City of Washington, District of Columbia, on December 10, 2007.*

**BY DIRECTION OF THE PRESIDENT**

*Roger C. Adams*

**PARDON ATTORNEY**